UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GERARDO SOTO, | ) | |
| | ) | CIVIL ACTION NO. |
| Movant, | ) | |
| | ) | 3:19-CV-2253-G (BT) |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| USA, | ) | |
| | ) | 3:06-CR-249(03)-G (BT) |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Rebecca Rutherford dated November 22, 2019. No objections were filed. The district court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

December 16, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**